IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40586
Conference Calendar
_____


RONALD CARPENTER,

                                        Plaintiff-Appellant,

versus


B. KINNEY, Officer, Coffield Unit

                                        Defendant-Appellee
                and


J. W. SHAW, Warden, Coffield Unit,

                                        Defendant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-506
- - - - - - - - - -
December 21, 1995
Before DAVIS, STEWART, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Ronald Carpenter moves this court for the production of the
transcript of his trial at the expense of the government.  On
appeal, Carpenter argues that the magistrate judge gave improper
weight to witness testimony and made incorrect credibility
findings.  We dispense with further briefing because we have

_____

    [*]    Local Rule 47.5.1 provides:  "The publication of
opinions that merely decide particular cases on the basis of
well-settled principles of law imposes needless expense on the
public and burdens on the legal profession."  Pursuant to that
Rule, the court has determined that this opinion should not be
published.

reviewed the record and the magistrate judge's opinion, which includes detailed findings of fact, and determined that Carpenter's sole appellate contention is legally meritless; therefore, Carpenter's motion for a transcript at government expense is DENIED and the appeal is DISMISSED.  See 5TH CIR. R. 42.2.